1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com                          *E-Filed 4/30/09*
3  Patrick R. Delahunty (State Bar No. 257439)
   pdelahunty@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104-1500
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendants
   STANDARD INSURANCE COMPANY
8
                   **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | WILLIAM MEYERS,                               | Case No. C-09-0311-RS
12 |         Plaintiff,                            | **STIPULATION AND [PROPOSED]**
                                                   | **ORDER REGARDING INITIAL CASE**
13 |   v.                                          | **MANAGEMENT CONFERENCE AND**
                                                   | **ADR DEADLINES**
14 | STANDDARD (sic) INSURANCE
   | COMPANY, STANDARD LIFE
15 | INSURANCE COMPANY, and Does 1
   | through 10, inclusive,
16 |
   |         Defendants.
17

18

19         WHEREAS, pursuant to Federal Rule of Civil Procedure 26(f), Civil L.R. 16-8(b), ADR

20 Local Rule 3-5, and the January 23, 2009 Order Setting Initial Case Management Conference and

21 ADR Deadlines, May 6, 2009 is the last day for the parties to meet and confer regarding initial

22 disclosures, early settlement, ADR process selection and a discovery plan and to file an ADR

23 Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

24         WHEREAS, pursuant to Federal Rule of Civil Procedure 26(a)(1), Civil Local Rule 16-9

25 and the January 23, 2009 Order Setting Initial Case Management Conference and ADR

26 Deadlines, May 20, 2009 is the last day for the parties to complete initial disclosures and to file a

27 Joint Case Management Statement and Rule 26(f) Report;

28         WHEREAS, the Initial Case Management Conference is scheduled for May 27, 2009;

SFI-608870v2                                         **STIPULATION AND [PROPOSED]**
                                                     **ORDER RE: INITIAL CMC**
                                                     **C-09-0311-RS**

1    WHEREAS, the parties have agreed to attend a mediation conference before Hon. Leonard Sprinkles (Ret.) on May 21, 2009;

2    WHEREAS, the parties believe that, in the interests of efficiency and of avoiding potentially unnecessary expenses, the Case Management Conference and filing of the Case Management Statement should be continued until a reasonable period of time following the May 21, 2009 mediation.

THE PARTIES HEREBY STIPULATE THAT:

1. June 3, 2009 is the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection and a discovery plan and to file an ADR Certification and a Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

2. June 17, 2009 is the last day for the parties to complete initial disclosures and to file a Joint Case Management Statement and Rule 26(f) Report;

3. The Initial Case Management Conference is continued to Wednesday, June 24, 2009 at 2:30 p.m.

DATED:  April 29, 2009

JONES DAY

By: /s/ Katherine S. Ritchey
    Katherine S. Ritchey
    Attorneys for Defendant
    STANDARD INSURANCE COMPANY

DATED:  April 29, 2009

FLYNN, ROSE, & PERKINS

By: /s/ Charles B. Perkins
    Charles B. Perkins
    Attorneys for Plaintiff
    WILLIAM MEYERS

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

    /s/ Katherine S. Ritchey
    Katherine S. Ritchey

SFI-608870v2

**STIPULATION AND [PROPOSED] ORDER**
**RE: INITIAL CMC; C-09-0311-RS**

1

1  IT IS SO ORDERED.

2

3  DATED: __4/30_____, 2009    By: _____
                                        The Hon. Richard Seeborg
4                                       United States Magistrate Court Judge

SFI-608870v2

**STIPULATION AND [PROPOSED] ORDER**
**RE: INITIAL CMC; C-09-0311-RS**

2