CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
Email: cbperk@earthlink.net

*E-Filed 6/22/09*

Attorney for Plaintiff
WILLIAM MEYERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MEYERS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. C-09-0311 RS<br><br>**STIPULATION AND (PROPOSED) ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff, William Meyers and Defendant, Standard Insurance Company, by and through their respective attorneys of record herein, that this entire action shall be dismissed with prejudice, each party to bear his or its own attorney's fees and costs.

DATE: June 10, 2009                     FLYNN, ROSE & PERKINS

                                        By _/s/ Charles B Perkins_____
                                             CHARLES B. PERKINS
                                             Attorney for Plaintiff
                                             WILLIAM MEYERS

DATE: June 15, 2009

JONES DAY

By /s/ Patrick Delahunty
PATRICK DELAHUNTY
Attorney for Defendant
Standard Insurance Company

### ORDER

Having reviewed the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear his or its own attorney's fees and costs.

IT IS SO ORDERED.

DATE: June 22, 2009

/s/ Richard Seeborg
The Hon. Richard Seeborg
U.S. Magistrate Court Judge